**CORNING GLASS WORKS, Appellant, v. Conway P. COE, Commissioner of Patents.**

No. 8531.

United States Court of Appeals
District of Columbia.

Decided April 10, 1944.

Mr. Vernon M. Dorsey, of Washington, D. C., for appellant.

Mr. E. L. Reynolds, of Washington, D. C., with whom Mr. W. W. Cochran, Solicitor, United States Patent Office, of Washington, D. C., was on the brief, for appellee.

Before GRONER, Chief Justice, and MILLER, Associate Justice, and PROCTOR, Associate Justice of the District Court.

PER CURIAM.

The findings and judgment of the trial court, 51 F.Supp. 232, find full support in the record. Appellant has failed to meet the burden imposed upon a plaintiff in a Section 4915 proceeding [1] and is not entitled to a patent.

Affirmed.

[1] 35 U.S.C.A. § 63; Abbott v. Coe, 71 App.D.C. 195, 197, 198, 109 F.2d 449, 451, 452; Daniels v. Coe, 73 App.D.C. 54, 58, 116 F.2d 941, 945; Morrison v. Coe, 75 U.S.App.D.C. 219, 220, 127 F.2d 737, 738.